# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. ORRINGTON, II, D.D.S., P.C., ) | | |
| on behalf of plaintiff and ) | | |
| the class members defined herein, ) | | |
| ) | | |
| Plaintiff, ) | 1: 18-cv-1335 | |
| ) | | |
| v. ) | | |
| ) | | |
| THE DOC SITES, INC., PARHAM NABATIAN ) | Judge Robert M. Dow, Jr. | |
| and JOHN DOES 1-10, ) | Magistrate Judge Mary M. Rowland | |
| ) | | |
| Defendants. ) | | |

## STIPULATION OF DISMISSAL

Plaintiff James L. Orrington, II, DDS, P.C. ("Plaintiff") and Defendants The Doc Sites, Inc and Parham Nabatian ("Defendants") by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. Plaintiff's class claims against Defendants are dismissed without prejudice and without costs. Plaintiff's claims against John Does 1-10 are dismissed without prejudice and without costs. This stipulation of dismissal disposes of the entire action.

Dated: October 24, 2018

Respectfully submitted,

| JAMES L. ORRINGTON, II, D.D.S., P.C., | THE DOC SITES, INC. |
| --- | --- |
| | and PARHAM NABATIAN |
| | |
| */s/ Dulijaza Clark* | */s/David J. Kaminski* |
| Daniel A. Edelman | David J. Kaminski |
| Dulijaza (Julie) Clark | California Bar No. 128509 |
| dedelman@edcombs.com | kaminskid@cmtlaw.com |
| EDELMAN, COMBS, LATTURNER | CARLSON & MESSER LLP |
| & GOODWIN, LLC | 5901 Century Blvd., Suite 1200 |
| 20 S. Clark Street, Suite 1500 | Los Angeles, CA 90045 |
| Chicago, IL 60603 | P: (310) 242-2200 |
| P: (312) 739-4200 | F: (310) 242-2222 |
| F: (312) 419-0379 | |

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on October 24, 2018, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which shall cause service upon all counsel of record.

                                                     */s/Dulijaza Clark*
                                                     Dulijaza Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)