UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

James L. Orrington, II, D.D.S., P.C.
           Plaintiff,

v.                Case No.: 1:18−cv−01335
                Honorable Robert M. Dow Jr.

The Doc Sites, Inc., et al.
           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 9, 2018:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the stipulation of dismissal [24] filed on 10/24/2018, Plaintiff's individual claims against Defendants The Doc Sites, Inc. and Parham Nabatian are dismissed with prejudice and without costs. Plaintiff's class claims against Defendants The Doc Sites, Inc. and Parham Nabatian are dismissed without prejudice and without costs. Plaintiff's claims against John Does 1−10 are dismissed without prejudice and without costs. All pending deadlines and hearing are stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.